UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FERNANDO ESPINOSA RAMIREZ,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondents.

CASE NO. 2:26-cv-04187-BAT

**ORDER DIRECTING PETITIONER TO (1) RENEW TRO MOTION OR (2) FILE A NEW MOTION BY 3:00 P.M., NOVEMBER 4, 2026**

The Court has received Respondents' notice that it intends to transfer Petitioner to a staging facility outside of the Western District of Washington and remove him from the United States in November 2026. Dkts. 8, 8-1. The Court therefore **DIRECTS** Petitioner either (1) to renew his emergency motion for a temporary restraining order (TRO), Dkt. 2; or (2) to file a new motion for a TRO, **by 3:00 p.m., November 4, 2026**.

DATED this 3rd day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge